WALTER J. BROWN, an Infant, by LLEWELLYN BROWN, His Guardian ad Litem, Respondent, *v.* ADIRONDACK FARMS, Appellant.

*Brown* v. *Adirondack Farms,* 170 App. Div. 923, affirmed.
(Argued January 19, 1917; decided February 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff's arm was cut off in a corn shredder on defendant's farm. The grounds of negligence alleged against the defendant are: That it failed to furnish a safe and proper machine, and to keep it in repair; to give the plaintiff suitable instructions concerning the operation of it and the danger connected therewith; and to furnish suitable appliances to pull cornstalks from said machine when clogged. The defendant denied all the allegations of negligence against it and alleged that all the injuries received by the plaintiff were received by him in consequence of his own negligence, and without any fault of the defendant.

*William S. Ostrander* and *J. Ward Russell* for appellant.

*Erskine C. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.